DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODRIGO BARCO** and **SANDRA LILIANA SEGERSBOL,**
Appellants,

v.

**AMERICAN INTEGRITY INSURANCE COMPANY OF FLORIDA,**
Appellee.

No. 4D2023-2059

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 22-10467 CACE (08).

Jamie Alvarez of Shield Law Group of Florida, LLC, Davie, for appellants.

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, and Matthew Strauss of Kelley Kronenberg, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***